NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL SHARP,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )     Case No. 2D18-1173
                                        )
HEIDE SHARP,                            )
                                        )
          Appellee.                     )
                                        )
_____)

Opinion filed March 8, 2019.

Appeal from the Circuit Court for
Hardee County; Jeffrey J. McKibben,
Acting Circuit Judge.

Michael Sharp, pro se.

Heide Sharp, pro se.


PER CURIAM.


          Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.